**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL ANTHONY MULAWKA III | § | CASE NO. 09-40642-GRH |
| KRISTINE ALISON MULAWKA | § | CHAPTER 7 |
| | § | |
| | § | JUDGE GEORGE R. HODGES |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

> **Harley-Davidson Credit Corp.**
> **P. O. Box 829009**
> **Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Joe M. Lozano, Jr.
_____

Joe M. Lozano, Jr.

F# 3901-N-2460
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Harley-Davidson Credit Corp.

**CERTIFICATE OF SERVICE**

      I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before September 1, 2009:

**Debtors' Attorney**
Andrea Gale Farmer
Tomblin, Farmer & Morris, Pllc
Post Office Box 632
Rutherfordton, NC  28139


**Chapter 7 Trustee**
Robert C. Barnett
13777 Ballantyne Corporate Placel, Suite 320
Charlotte, North Carolina 28277


**U.S. Trustee**
Office of U. S. Trustee
402 W. Trade Street, Suite 110
Charlotte, North Carolina 28202


                            /s/ Joe M. Lozano, Jr.

                            Joe M. Lozano, Jr.


3901-N-2460
noaelect